Name: Alethea C. O'Toole

Address: 1308 E Colorado Blvd., 516

Pasadena, CA 91106

Phone: 213-656-5254

Fax: a.otoole@live.com

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
1/17/25
CENTRAL DISTRICT OF CALIFORNIA
BY_____MRV_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alethea C. O'Toole et al<br><br>Plaintiff<br>V.<br>Nickelodeon Animation Studios et al<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24-CV-11079-UA<br><br>**Request to Dismiss** |

Enclosed is regarding the Summonses for case number 2:24-CV-11079-UA. On December 19th, 2024 the Plaintiff filed 27 summonses with the court through the EDSS system. At the time the Plaintiff was awaiting a case number for the Complaint, Cover Sheet, Fee Waiver, etcetera which she filed the day before on December 18th of 2024. The next day, on the 19th, the Plaintiff followed up with the necessary summonses; however, being that the Plaintiff had no case number to provide the court when she filed them, the court issued a separate case number (2:24-CV-11079-UA which is currently Unassigned) for the summonses.

The Plaintiff has rectified the errata by refiling the Summonses under case 2:24-CV-10996-MRA-SK along with the confirmation from the court of the Dec. 19th filing date. The Plaintiff asks the court overseeing the proceedings to dismiss case number 2:24-CV-11079-UA.

CV-127 (09/09)                    **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

1
2
3       Dated: ____January 17, 2024_____
4       Sign: _____/s/_____
5       Print Name: _____Alethea O'Toole_____
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CV-127 (09-09)        **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

Outlook

## Submission Confirmation

| | |
|---|---|
| **From** | Civil Intake <do-not-reply@cacd.uscourts.gov> |
| **Date** | Thu 12/19/2024 3:33 PM |
| **To** | a.otoole@live.com <a.otoole@live.com> |

## Dear Alethea O'Toole:

This email confirms that the document(s) listed below were received by the United States District Court for the Central District of California at the date and time indicated:

**Name:** Alethea O'Toole
**Tracking Number:** EDS-241219-001-6191
**Date:** 12/19/2024 3:33:32 PM

Uploaded files:

- **ao440_3 Paramount.pdf**
  *Summons Paramount - O'Toole v. Nickelodeon et al*
- **Summons Attachment - O'Toole v. Nickelodeon.pdf**
  *Attachment #2 of Defendants addresses*
- **ao440_20 Tom Caggiano.pdf**
  *Summons Tom Caggiano - O'Toole v. Nickelodeon et al*
- **ao440_6 Shari Redstone.pdf**
  *Summons Shari Redstone - O'Toole v. Nickelodeon et al*
- **ao440_8 Chris Savino.pdf**
  *Summons Chris Savino - O'Toole v. Nickelodeon et al*
- **ao440_7 Bob Bakish.pdf**
  *Summons Bob Bakish - O'Toole v. Nickelodeon et al*
- **ao440_15 Larry Juris.pdf**
  *Summons Larry Juris - O'Toole v. Nickelodeon et al*
- **ao440_9 Jenna Boyd.pdf**
  *Summons Jenna Boyd - O'Toole v. Nickelodeon et al*
- **ao440_16 Howard Gimple.pdf**
  *Summons Howard Gimple - O'Toole v. Nickelodeon et al*
- **ao440_19 Manny Reyes.pdf**
  *Summons Manny Reyes - O'Toole v. Nickelodeon et al*
- **ao440_14 TajMania.pdf**
  *Summons TajMania Entertainment - O'Toole v. Nickelodeon et al*
- **ao440_11 Netflix.pdf**
  *Summons Netflix - O'Toole v. Nickelodeon et al*
- **ao440_23 Lucy Magana.pdf**
  *Summons Lucy Magana - O'Toole v. Nickelodeon et al*

- **ao440_18 Sam Laskey.pdf**
  *Summons Sam Laskey - O'Toole v. Nickelodeon et al*
- **ao440_5 Nick Group.pdf**
  *Summons Nick Group - O'Toole v. Nickelodeon et al*
- **ao440_12 Chrysalis.pdf**
  *Summons Chrysalis - O'Toole v. Nickelodeon et al*
- **ao440_21 Scott Haynes.pdf**
  *Summons Scott Haynes - O'Toole v. Nickelodeon et al*
- **ao440_17 Becky Gimple.pdf**
  *Summons Becky Gimple - O'Toole v. Nickelodeon et al*
- **ao440_2 National Amusements.pdf**
  *Summons National Amusements - O'Toole v. Nickelodeon et al*
- **ao440_10 British Film Institute.pdf**
  *Summons British Film - O'Toole v. Nickelodeon et al*
- **ao440_22 Tara Turk-Haynes.pdf**
  *Summons Tara Turk-Haynes - O'Toole v. Nickelodeon et al*
- **ao440_25 Carlos Velasco.pdf**
  *Summons Carlos Velasco - O'Toole v. Nickelodeon et al*
- **ao440_26 Rebecca Gomez.pdf**
  *Summons Rebecca Gomez - O'Toole v. Nickelodeon et al*
- **Civil Complaint Sec_Face Page_Juristiction_Venue.pdf**
  *Complaint Face Page for Summons*
- **ao440_27 Eugene Harris.pdf**
  *Summons Eugene Harris - O'Toole v. Nickelodeon et al*
- **ao440_4 ViacomCBS.pdf**
  *Summons ViacomCBS - O'Toole v. Nickelodeon et al*
- **ao440_13 Variety.pdf**
  *Summons Variety - O'Toole v. Nickelodeon et al*
- **ao440_1 Nick Studio.pdf**
  *Summons Nick Animation - O'Toole v. Nickelodeon et al*
- **ao440_24 Guillermo Argueta.pdf**
  *Summons Guillermo Argueta - O'Toole v. Nickelodeon et al*

The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF"). Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

If you have registered for electronic service of documents in previous cases, you may receive a Notice of Electronic Filing ("NEF") from the CM/ECF System when the documents listed above are filed. If you have not previously registered for e-service, or if court staff cannot quickly identify your previous e-service registration record when processing your current submission, you will receive notice of this filing, with your new case number, by U.S. Mail. Once you receive your case number, you may register to receive electronic service of future documents filed in this case. (Click here for information about registering for e-service.)

If you are an attorney required by the local rules to file your documents electronically using the Court's CM/ECF System, your document(s) will not be filed if submitted through EDSS, and you will not receive any further communication from the Court about your EDSS submission.

Please include the tracking number listed above as your reference on any communications with the Court about this submission. We recommend that you keep this email for your records.

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

# CONFIRMATION

The document(s) listed below have been submitted to the United States District Court for the Central District of California using the Electronic Document Submission System ("EDSS"). The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF").

Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission, shown below, will be considered the filing date for any documents submitted through EDSS and later filed into CM/ECF.

**Name:** Alethea O'Toole

**Tracking Number:** EDS-241218-001-6165

**Date:** 12/18/2024

Uploaded files:

- **ao440_1 Nick Studio.pdf**
  
  *Description: Main Summons for Nickelodeon*

- **Civil Complaint - O'Toole v. Nickelodeon et al.pdf**
  
  *Description: Civil Complaint for IP Infringements - O'Toole v. Nickelodeon*

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the main EDSS page.

## Clerk Services
Court Reporting Services
Courtroom Technology
Employment
Interpreter Services
Naturalization Ceremony Information
Policy For Limited Use of Court Facilities
Records Department
Statistical Reports

## Jurors Information
Jurisdiction
Terms of Service
Requesting an Excuse
Requesting a Postponement
Students
Payment
Juror Amenities
Dress Code
Security
Employer Information
Checking Status / Confirming Reporting Instructions
Certificate of Jury Service
Contact Us
Parking / Directions
Subsistence Information / Hotels

## Attorney Information
Attorney Admissions
Attorney Assistance
Alternative Dispute Resolution (ADR)
Capital Habeas
Criminal Justice Act (CJA)
Lawyer Representatives
Pro Bono
Direct Assignment of Civil Cases to Magistrate Judges Program
Attorney Workroom Copier Password Request
Mileage Rates
Post-Judgment Interest Rates

## Court Procedures
Filing Procedures
Forms
General Orders
Local Rules

# CONFIRMATION

The document(s) listed below have been submitted to the United States District Court for the Central District of California using the Electronic Document Submission System ("EDSS"). The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF").

Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission, shown below, will be considered the filing date for any documents submitted through EDSS and later filed into CM/ECF.

**Name:** Alethea O'Toole
**Tracking Number:** EDS-241218-001-6163
**Date:** 12/18/2024

Uploaded files:

- **CV-30 O'Toole v. Nickelodeon.pdf**
  *Description: Intrested Parties - O'Toole v. Nickelodeon*

- **CV-60 O'Toole v. Nickelodeon.pdf**
  *Description: IN FORMA PAUPERIS - O'Toole v. Nickelodeon*

- **CV-71 O'Toole v. Nickelodeon et al.pdf**
  *Description: Civil Cover Sheet - O'Toole v. Nickelodeon et al*

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the main EDSS page.

## Clerk Services
Court Reporting Services
Courtroom Technology
Employment
Interpreter Services
Naturalization Ceremony Information
Policy For Limited Use of Court Facilities
Records Department
Statistical Reports

## Jurors Information
Jurisdiction
Terms of Service
Requesting an Excuse
Requesting a Postponement
Students
Payment
Juror Amenities
Dress Code
Security
Employer Information
Checking Status / Confirming Reporting Instructions
Certificate of Jury Service
Contact Us
Parking / Directions
Subsistence Information / Hotels

## Attorney Information
Attorney Admissions
Attorney Assistance
Alternative Dispute Resolution (ADR)
Capital Habeas
Criminal Justice Act (CJA)
Lawyer Representatives
Pro Bono
Direct Assignment of Civil Cases to Magistrate Judges Program
Attorney Workroom Copier Password Request
Mileage Rates
Post-Judgment Interest Rates

## Court Procedures
Filing Procedures
Forms
General Orders
Local Rules